UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-26723 |
| LEAH HURSTON, ) | | |
| ) | Chapter: | 13 |
| ) | | |
| ) | Honorable Timothy A. Barnes | |
| ) | | |
| Debtor(s) ) | | |

## ORDER TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to th parties entitled thereto:

It is hereby ORDERED:

1) Debtor's Chapter 13 plan in modified in Part 3.5 to list Santander Consumer USA, for the 2014 Chrysler 200, and surrender it.

2) Payment already made to Santander Consumer USA shall be credited towards their minimum 10% unsecured, non-priority balance. Payments already made shall not be extra payments to the creditor.

Enter:

Dated:                                                                                            United States Bankruptcy Judge

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com