IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| LEAH HURSTON, ) | Case No. 18-26723 |
| ) | Judge: BARNES |
| Debtor(s). ) | |

## NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn St., Chicago, IL 60604 and in the following courtroom (or any other place posted), and present the attached **Motion Modify the Chapter 13 Plan Post-Confirmation,** at which time and place you may appear.

JUDGE:   BARNES
ROOM:    744
DATE:    August 22, 2019
TIME:    9:30 AM

## PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: July 16, 2019      /s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100

*To the following persons or entities who have been served via U.S. Mail:*

Ms. Leah Hurston
20150 Dolphin Ave.
Lynwood, IL 60411

Santander Consumer USA
Dba Chrysler Capital
P.O. Box 961275
Ft. Worth, TX 76161-1245

Santander Consumer USA
c/o CT Corporation System
208 S. LaSalle St., #814
Chicago, IL 60604

Santander Consumer USA
Mr. Scott Powell, CEO
1601 Elm St., #800
Dallas, TX 75201

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Chapter 13 |
| LEAH HURSTON, ) | Case No. 18-26723 |
| ) | Judge: BARNES |
| Debtor(s). ) | |

## DEBTOR'S MOTION TO MODIFY
## THE CHAPTER 13 PLAN POST-CONFIRMATION

NOW COMES, THE DEBTOR, LEAH HURSTON, by and through her attorneys, David M. Siegel & Associates, LLC, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On September 24, 2018, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC, and the Chapter 13 plan was confirmed on December 13, 2018. That Marilyn O. Marshall was appointed Trustee in this case.

3) The Debtor did not list a 2014 Chrysler 200 in Schedule B or the Chapter 13 plan. She has not had the vehicle since 2016, when it was in an accident. She does not know what happened to the car after the accident, but believes it was totaled. It was her understanding that the amount owed to Santander Consumer USA, the creditor, was for a deficiency balance.

4) On October 12, 2018 Santander filed a secured proof of claim (Claim #5.1) in her case for that car. Unfortunately, this law firm did not realize that the claim was filed as secured, and believed that the claim would be paid as the other unsecured creditors at 10% on the dollar.

5) The Debtor proposes to modify her Chapter 13 plan pursuant to 11 U.S.C. §1329 to list Santander Consumer USA in Part 3.5 and surrender the 2014 Chrysler 200.

6) This proposal is made in good faith and without the intent to defraud creditors.

WHEREFORE, the Debtor, prays that this Honorable Court enter an Order to Modify the Chapter 13 Plan, and for other such relief as the Court deems fair and proper.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)


DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100